UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Raul Z.G.,

                                     Case No. 26-cv-143 (MJD/LIB)

        Petitioner,

vs.                               **ORDER ADOPTING REPORT**
                                        **AND RECOMMENDATION**

Pamela Bondi, et al.,

        Respondents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [Docket No. 6], and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation of United States Magistrate Judge Leo I. Brisbois **[Docket No. 6]** is **ADOPTED**;

2. Raul Z.G.'s Petition for a writ of habeas corpus **[Docket No. 1]** is **GRANTED in part**, as set forth herein;

3. Respondents are required to immediately release Petitioner from custody;

4. Respondents are required to confirm Petitioner's release from custody with forty-eight (48) hours from the date of this Order; and

5. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   January 23, 2026               s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court