# UNITED STATES DISTRICT COURT

## District of Minnesota

Raul Zavaleta Gonzalez,

Petitioner(s),

v.

Pamela Bondi , Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-143 MJD/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation of United States Magistrate Judge Leo I. Brisbois **[Docket No. 6]** is **ADOPTED**;

2. Raul Z.G.'s Petition for a writ of habeas corpus **[Docket No. 1]** is **GRANTED in part**, as set forth herein;

3. Respondents are required to immediately release Petitioner from custody;
4. Respondents are required to confirm Petitioner's release from custody with forty-eight (48) hours from the date of this Order; and

5. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

Date: 1/23/2026

KATE M. FOGARTY, CLERK