UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raul Z. G.,

   Petitioner,

v.

Pamela Bondi, et al.,

   Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-143 (MJD/LIB)

David L. Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

Anna H. Voss, Assistant United States Attorney, Counsel for Respondents.

On January 23, 2026, the Court granted Petitioner's Emergency Petition for Writ of Habeas Corpus and ordered Respondents to release Petitioner from custody. (Doc. 7.) On January 27, 2026, Respondents informed the Court that Petitioner had been released on that same date. (Doc. 10.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Raul Z. G.'s Emergency Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 6, 2026   s /Michael J. Davis
              Michael J. Davis
              United States District Court